IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D. AMMERMAN,

        Plaintiff,

v.

                                            Case No. 17-cv-800-wmc

NURSE SEAMAN,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nurse Seaman in accordance with the jury's verdict.

Approved as to form this 5th day of October, 2021.

_____
William M. Conley
District Judge

_____       10/5/21
Peter Oppeneer                                   Date
Clerk of Court